**Order entered December 18, 2013**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01143-CV

**KAIZER SHERIFF, Appellant**

**V.**

**SHEHNAZ MOOSA, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-54072-2011**

## ORDER

We **GRANT** appellant's December 16, 2013 second unopposed motion for extension of time to file brief and **ORDER** the brief filed by January 20, 2014. No further extensions will be granted absent exigent circumstances.

.

/s/     ELIZABETH LANG-MIERS
           JUSTICE